CC: TO JUDGE __SA__

SA FILED 12-4-02 ENTERED
___ LODGED ___ RECEIVED

DEC 3 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURINE HARRIS, et al.,

　　　　Plaintiffs,

　　v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
et al.,

　　　　Defendants.

CASE NO. C02-1481C

ORDER

　　This matter comes before the Court on plaintiffs' motion for injunction pending appeal pursuant to Fed. R. Civ. P. 62(c) and Fed. R. App. P. 8(a)(1) (Dkt. No. 68). Previously, the Court denied both plaintiffs' motion for preliminary injunction and plaintiffs' motion for reconsideration (Dkt. Nos. 60, 64). As defendants note, the Court found that "the facts, legal issues, and equities" did not merit the injunctive relief sought by plaintiffs. The Court's firm view remains unchanged. However, based on the expedited appellate briefing schedule presented by plaintiffs, the Court recognizes that a minimal delay in the Rainier Vista redevelopment project will 1) not substantially injure either defendants[1] or the interests of other individuals already identified by the Court; and will 2) allow plaintiffs a final

---

[1] Defendants provide no substantive response to plaintiffs' arguments on this point.

ORDER – 1





CV 02-01481  #00000078

1 opportunity to seek complete relief. Accordingly, the Court GRANTS plaintiffs' motion for injunction
2 pending appeal. The parties shall comply with the stipulation they entered into on or about August 2,
3 2002 until the Ninth Circuit Court of Appeals has decided the merits of plaintiffs' appeal. Moreover,
4 the Court retains jurisdiction to modify or suspend this order as circumstances demand pursuant to Fed.
5 R. Civ. P. 62(c).

   SO ORDERED this 3 day of December, 2002.

                                         CHIEF UNITED STATES DISTRICT JUDGE

26 ORDER – 2